**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: K.L., A MINOR | : | No. 203 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: R.B.-P., GUARDIAN | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.